UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:22-cv-01627-SSS-SHKx | Date | February 16, 2023 |
|---|---|---|---|
| Title | *Trustees of The Operating Engineers Pension Trust, et al. v. Cornerstone Demolition Corp., et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY DEFENDANT JIM R. RAWSON SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE**

On November 3, 2022, the Court directed Plaintiffs to file a Status Report regarding the effect of the automatic stay on Plaintiffs' claims.  [Dkt. 14].  On January 27, 2023, Plaintiffs filed their Status Report.  [Dkt. 15].  In its Status Report, the Plaintiffs stated, "As [Defendant Jim R. Rawson] has been discharged of his debts, Trustees will dismiss him from the present action forthwith."  [Dkt. 15 at 2, ¶7].  As of the date of this Order, Plaintiffs have yet to file a stipulation or motion to dismiss Defendant Jim. R. Rawson.

Accordingly, the Court **ORDERS** Plaintiffs to show cause why Defendant Jim R. Rawson should not be dismissed from the instant action for failure to serve. Plaintiff is required to respond in writing to this Order by no later than **March 2,**

2023. The Court sets a hearing date regarding this Order to Show Cause on **March 10, 2023 at 1:00 PM** via Zoom.[1]

    Plaintiffs' failure to timely or adequately respond to this Order may, without further warning, result in the dismissal of Defendant Jim R. Rawson from the action without prejudice.

    **IT IS SO ORDERED.**

---

[1] The Court refers Plaintiffs to Judge Sykes' website for details regarding hearings via Zoom: https://www.cacd.uscourts.gov/honorable-sunshine-s-sykes.