**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387
    Email: *Decker@luch.com*
200 South Los Robles Avenue, Suite 500
Pasadena, California 91101-2432
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CORNERSTONE DEMOLITION CORP., a California corporation; and JIM R. RAWSON, an individual,<br><br>Defendants. | CASE NO.: 5:22-cv-1627-SSS-SHK<br><br>ASSIGNED TO THE HONORABLE SUNSHINE SUZANNE SYKES<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CORNERSTONE DEMOLITION CORP., A CALIFORNIA CORPORATION**<br><br>**FILED SEPARATELY CONCURRENTLY AND IN SUPPORT THEREOF:**<br><br>1. **MEMORANDUM OF POINTS AND AUTHORITIES;**<br>2. **DECLARATION OF BERNARDO RAMOS;**<br>3. **DECLARATION OF IGAL KHOSHLESAN;**<br>4. **DECLARATION OF MARIJA KRISTICH DECKER; and**<br>5. **[PROPOSED] JUDGMENT**<br><br>Hearing Date:<br>Date: August 30, 2024<br>Time: 2:00 p.m.<br>Ctrm: 2, 2nd Floor |

---

1

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**

1865219

TO THE HONORABLE SUNSHINE SUZANNE SYKES, THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND DEFENDANT, CORNERSTONE DEMOLITION CORP., a California corporation:

**PLEASE TAKE NOTICE** that on August 30, 2024, at 2:00 p.m., or as soon thereafter as counsel may be heard, Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund ("Trustees"), will, and hereby do, move the Court via zoom in Courtroom 2 located at 3470 Twelfth Street, Riverside, California 92501, before the Honorable Sunshine Suzanne Sykes, United States District Judge, for entry of default judgment in favor of Plaintiffs and against Defendant, Cornerstone Demolition Corp., a California corporation ("Cornerstone"), for the principal amount of $33,324.96, plus attorneys' fees and costs.

This motion is made on the grounds that the Complaint was filed on September 14, 2022. Dkt. 1. The Summons and Complaint were served on Cornerstone on October 10, 2022. The Declaration of Service was filed by Trustees on October 14, 2022. Dkt. 10. After Cornerstone's bankruptcy case was closed without a discharge, the Court reinstated this matter to its active case list, and provided Cornerstone 20 days from the date of service of the order to file a responsive pleading. Dkt. 26. Trustees served Cornerstone with the order on April 4, 2024. Dkt. 28. No answer or other response to the Complaint has been filed, and Cornerstone's default was entered in the Civil Docket in the office of the Clerk of this Court on May 29, 2024. Dkt. 31. No proceedings have been taken by Cornerstone to set aside its default.

///

///

This motion does not seek a default judgment against an infant or incompetent person, nor does the Soldiers' and Sailors' Relief Act of 1940 or the Servicemembers' Civil Relief Act apply in this action.

This motion is based on this notice of motion and motion, the declarations of Bernardo Ramos, Igal Khoshlesan, and Marija Kristich Decker, the memorandum of points and authorities filed herewith, the proposed judgment lodged herewith, and on all the pleadings and documents on file herein.

Dated: July 26, 2024                    LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/ - *Marija Kristich Decker*
    Marija Kristich Decker, Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.