JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CORNERSTONE DEMOLITION CORP., a California corporation; and JIM R. RAWSON, an individual,<br><br>　　　　　Defendants. | 5:22-cv-01627-SSS-SHKx<br><br>**JUDGMENT**<br><br>Complaint Filed: September 14, 2022<br>Trial Date: None |

1 | After full consideration of the pleadings and papers on file in this case
2 | and the evidence on record, and GOOD CAUSE APPEARING THEREFORE:
3 | **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:
4 | Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of
5 | the Operating Engineers Health and Welfare Fund, Trustees of the Operating
6 | Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers
7 | Training Trust, Trustees of the Operating Engineers Local 12 Defined
8 | Contribution Trust, Engineers Contract Compliance Committee Fund, and
9 | Southern California Partnership for Jobs Fund, shall recover from Defendant,
10 | Cornerstone Demolition Corp., a California corporation, the principal amount of
11 | $29,247.10, interest of $3,399.39, attorneys' fees of $9,022.00, and costs of
12 | $535.90.

DATED: October 22, 2024

_____
HONORABLE SUNSHINE S. SYKES
United States District Judge